NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

John A. Schlaff, State Bar No. 135748
The Law Offices of John A. Schlaff
2355 Westwood Boulevard, No. 424
Los Angeles, California 90064

ATTORNEY(S) FOR: SHENZHEN JAME TECNOLOGY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHENZEN JAME TECHNOLOGY, LTD, etc. et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:24-cv-1001 |
| v. | |
| MONROE CAPITAL HOLDINGS, LLC, etc., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Shenzhen Jame Technology, Ltd._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| NONE KNOWN OTHER THAN NAMED PARTIES. | |

May 7, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

SHENZHEN JAME TECHNOLOGY, LTD.